IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVOCACY TRUST LLC, as SPECIAL ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DANIEL GARCIA JR., | : : : : : | Civil Action<br><br>No. 2:25-CV-03363 |
| Plaintiff, | : : | |
| v. | : : | |
| FEDERAL EXPRESS CORPORATION AND JOHN DOE MAINTENANCE COMPANY, | : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of September, 2025, upon consideration of Plaintiff's Motion to Remand (ECF No. 14), Defendant Federal Express Corporation's Motion to Dismiss for Improper Venue, or, in the Alternative, to Transfer for Convenience (ECF No. 7), and the responses thereto (ECF Nos. 11, 12, 15), and for the reasons articulated in this Court's accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand (ECF No. 14) is **DENIED**.

2. Defendant Federal Express Corporation's Motion to Dismiss for Improper Venue, or, in the Alternative, to Transfer for Convenience (ECF No. 7), is **GRANTED in part** and **DENIED in part**.

- Defendant Federal Express Corporation's Motion to Transfer for Convenience is **GRANTED**.

- Defendant Federal Express Corporation's Motion to Dismiss for Improper Venue is **DENIED**.

3. The Clerk of Court shall transfer this matter to the United States District Court for the Western District of Arkansas in accordance with this Order.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**