**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| ADVOCACY TRUST LLC, as SPECIAL ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DANIEL GARCIA JR.<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION AND JOHN DOE MAINTENANCE COMPANY<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 5:25-cv-05198-TLB<br><br>JURY TRIAL REQUESTED |

**ORDER**

AND NOW, this _______ day of August 2026, upon consideration of Plaintiff's Motion Extend Discovery Deadline, it is HEREBY ORDERED that Plaintiff's Motion is GRANTED. The new Discovery Deadline is October 10, 2026. All other deadlines in this Court's Case Management Order remain the same.

BY THE COURT,

____________________________
J.

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| ADVOCACY TRUST LLC, as SPECIAL ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF DANIEL GARCIA JR.<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION AND JOHN DOE MAINTENANCE COMPANY<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 5:25-cv-05198-TLB<br><br>JURY TRIAL REQUESTED |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE**

AND NOW COME the Plaintiff, Advocacy Trust LLC, as Special Administrator and Personal Representative of the Estate of Daniel Garcia Jr., by and through legal counsel, to hereby file the instant Motion to Extend Discovery Deadline, and in support thereof avers follows:

1. This matter was originally filed by way of Writ of Summons in the Court of Common Pleas for the County of Philadelphia. See Document 1.

2. The matter was removed to the United States District Court for the Eastern District of Pennsylvania on July 1, 2025 and subsequently transferred to the United States District Court for the Western District of Arkansas on September 26, 2025.

3. A Case Management Hearing was conducted on December 12, 2025 and on December 18, 2025 this Honorable Court entered a Case Management Order. See Document 32.

4. For the purposes of the instant Motion, the Case Management Order set August 10, 2026 as the deadline for discovery. Id.

5. Plaintiff respectfully requests that this Honorable Court grant a sixty (60) day extension of the discovery deadline rendering the discovery deadline October 10, 2026.

6. All other deadlines contained within this Honorable Court's Case Management Order will remain undistributed should the Court grant Plaintiff's Motion.

7. Modification of the discovery deadline will not disturb any other deadlines set forth in the Case Management Order.

8. Pursuant to Federal Rule of Civil Procedure 16(b)(4), a scheduling order may only be modified "for good cause and with the judge's consent." See Fed R. Civ. P. 16.

9. "The primary measure of Rule 16's 'good cause' standard is the moving party's diligence in attempting to meet the case management order's requirements." Bradford v. DANA Corp., 249 F.3d 807, 809 (8th Cir. 2001) (citation omitted).

10. At this stage, no depositions have been conducted yet. Depositions are a crucial part of discovery and produce meaningful information.

11. Plaintiff believes that extending the current discovery deadlines will allow the parties to conduct proper depositions.

12. The handling attorney of Plaintiff's case left the firm which led to a delay in the scheduling of depositions.

13. Plaintiff believes that extending the current discovery deadline will allow them to complete the discovery necessary for a fair case.

14. Plaintiff certifies that they sought concurrence from Defendant prior to filing the instant Motion, but was not provided a response prior to filing.

15. Pursuant to L.R. 7.1 (d)(1), the filing of an accompanying brief is not required.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant their Motion and modify the discovery deadline in the Case Management Order rendering the discovery deadline October 10, 2026.

Respectfully submitted:

**FELLERMAN & CIARIMBOLI LAW**

BY: */s/ Edward J. Ciarimboli*

Edward J. Ciarimboli, Esquire
Corey S. Suda, Esquire
Fellerman & Ciarimboli Law, P.C.
183 Market Street, Suite 200
Kingston, PA 18704
T: 570-718-1444
F: 570-714-7255

Date: August 10, 2026

**CERTIFICATE OF SERVICE**

I, Edward J. Ciarimboli, hereby certify that a copy of the foregoing document was filed electronically and notice of this filing will be sent by the Court's electronic filing system to all parties indicated on electronic filing receipt. All other parties will be served by regular U.S. Mail.

Susan R. Engle, Esquire
Josephine Mlakar, Esquire
Gordon & Rees LLP
1717 Arch Street Suite 610
Philadelphia, PA 19103
T: 412-577-7400
sengle@grsm.com
jmlakar@grsm.com
*Counsel for Defendant, Federal Express Corporation, Inc.*

**FELLERMAN & CIARIMBOLI LAW**

BY: */s/ Edward J. Ciarimboli*
Edward J. Ciarimoli, Esquire
Corey S. Suda, Esquire

Date: August 10, 2026